UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK H. PAQUIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:13-cv-360-JDL<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 23) with the court on September 25, 2014, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff filed his Objection to the Magistrate Judge's Recommended Decision (ECF No. 26) on October 28, 2014. The Acting Commissioner of Social Security filed her Response to the Plaintiff's Objection (ECF No. 27) on November 14, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

    /s Jon D. Levy
**United States District Judge**

Dated this 25th day of November, 2014.